AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| | |
|---|---|
| United States of America<br>v.<br>GIOVANY ALBERTO GOMEZ AGUILAR<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 4:26MJ3017<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **February 1 and February 13, 2026** in the county of **Hall** in the **_____** District of **Nebraska**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2313, and<br>18 U.S.C. § 2 | GIOVANY ALBERTO GOMEZ AGUILAR did possess, store, sell and dispose of a stolen motor vehicle, that is, a 2017 Toyota Tacoma, which vehicle had crossed a State boundary after being stolen, to wit, said vehicle being stolen between, on, or about January 11, 2026, and January 15, 2026, in or near Dallas, Texas, and subsequently brought into the State of Nebraska, knowing the same to have been stolen. |

This criminal complaint is based on these facts:

See the attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Taylor Buckholz, HSI
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 02/19/2026

_____
*Judge's signature*

City and state: Omaha, Nebraska

U.S. Magistrate Judge Jacqueline M. DeLuca
*Printed name and title*

## AFFIDAVIT

I, Taylor Buckholz, being duly sworn, depose and state as follows:

### Affiant's Background

I am presently employed as a Special Agent with Immigration and Customs Enforcement (ICE) Homeland Security Investigations (HSI) where I have worked since May 2025. I am presently assigned as a sworn law enforcement officer to the HSI Grand Island office in Grand Island, Nebraska (NE). In that capacity, my duties include investigating federal criminal offenses in the district of Nebraska.

I completed the Criminal Investigator Training Program (CITP) at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia on November 4, 2025. CITP is a 506-hour training program that provides a foundational education in federal law enforcement by blending classroom theory with rigorous practical application. Trainees develop essential investigative competencies, including interviewing and interrogation techniques, crime scene management, surveillance, and undercover operations, all of which are applied during a comprehensive "Continuing Case Investigation" task force exercise. Beyond fieldwork, the curriculum emphasizes legal knowledge in areas such as constitutional law, federal rules of criminal procedure, and the execution of search and arrest warrants to ensure agents can successfully obtain indictments and provide expert courtroom testimony. This professional development is paired with tactical training in firearms proficiency, defensive tactics, and emergency vehicle operations, alongside a physical fitness regimen designed to ensure candidates meet the performance standards required for federal service.

I have also completed the HSI Special Agent Training (HSISAT) course at FLETC in North Charleston, South Carolina on January 30, 2026. HSISAT is a 398-hour training program

that provides agents with a specialized focus in HSI-specific authorities and casework. This training is paired with tactical training in firearms proficiency, defensive tactics, special response team tactics, and emergency vehicle operations. Trainees also learned investigational competencies aligned with HSI's statutory abilities and overall mission. These investigative foundations included a comprehensive legal understanding of United States Code, Title 18 Offenses, Title 19 (Customs Duties), Title 21 (Controlled Substance), Title 8 (Aliens and Nationality), and Title 31 (Money and Finance).

Prior to my tenure as an HSI Special Agent, I graduated with a Bachelor of Science in Business Administration and Economics in 2020 at Park University in Parkville, Missouri and a Master of Arts in National Security Studies in 2023 at Park University in Parkville, Missouri. From January 2023 to May 2023, I worked as an intern at the HSI Kansas City Special Agent in Charge (SAC) office. During my time as an intern, I assisted special agents with search warrants, writing reports of investigations, surveillance, controlled deliveries and buy operations, as well as highway interdictions.

## Introduction

This Affidavit is being submitted based on information from my own investigative efforts as well as information obtained from others who have investigated this matter and/or have personal knowledge of the facts herein.

This Affidavit is intended to set forth probable cause of a criminal complaint to be authorized and a warrant to be issued for the arrest of Giovany Gomez Aguilar, a Venezuelan national. I have set forth only those facts which I believe are necessary to establish probable cause.

Based on the facts set forth in this Affidavit in support of the Complaint, your Affiant has probable cause to believe that beginning on at least February 02, 2026, and through February 05, 2026, in the District of Nebraska Giovany Gomez Aguilar violated Title 18, United States Code (USC), Section 2312 (Interstate Transport of Stolen Vehicles), 18 U.S.C. § 2313 (Receiving Stolen Vehicles), 18 U.S.C. § 511 (Altering Vehicle Identification Numbers), and 18 U.S.C. § 2322 (Chop Shops), 18 U.S.C. § 371 (Conspiracy to Defraud the United States).

## **Probable Cause**

On February 4, 2026, Homeland Security Investigations (HSI) assisted state investigators with the Department of Motor Vehicles (DMV) Fraud Unit out of Lincoln, Nebraska (NE) with the recovery of the following vehicles:

- a stolen 2019 GMC Sierra which was sold to a victim on February 2, 2026, in Grand Island, Nebraska;
- a stolen 2017 Toyota Tacoma which was recovered in Grand Island on February 4, 2026;
- a stolen 2019 Ford F-150 which was recovered in Kearney, Nebraska on February 5, 2026; and
- a stolen 2021 GMC Sierra which was recovered in Grand Island on February 13, 2026.

These thefts are all part of the same scheme. All four vehicles were recently reported as having been stolen in the Dallas, Texas area between January 11, 2026 and January 15, 2026. All four vehicles were recently sold or recovered in the Grand Island and Kearney areas. The vehicles had been listed for sale on Facebook Marketplace at values below market value, and the sellers were insisting on cash transactions.

**The First 2019 GMC Sierra**

On or about February 2, 2026, a resident of Colfax County, Nebraska purchased a 2019 GMC Sierra from an unknown individual in the parking lot of Tractor Supply in Grand Island, Nebraska for $24,000 in United States currency. The buyer reported having seen the vehicle advertised on Facebook Marketplace[1] as a 2021 GMC Sierra. After the purchase was complete, the buyer attempted to register the vehicle at the Colfax County Treasurer's Office in Schuyler, Nebraska. When he did so, the Treasurer's office informed the buyer that the title the buyer received from the seller was a fraudulent title. A check of the VIN for that vehicle further revealed that the vehicle had been reported as stolen in Irving, Texas. (Irving is a suburb of Dallas, Texas.)

The Treasurer's office, which discovered the fraudulent title then contacted the DMV Fraud Unit in Lincoln, Nebraska. The Fraud Unit then sent an email to all county treasurer offices in the state informing them about the fraudulent title and to warn them to be on the lookout for similar fraudulent titles.

As detailed below, law enforcement was able to arrest several people involved in this scheme on February 4, 2026. Those arrested included a person named Serna and the defendant in this complaint, AGUILAR. DMV Fraud Investigator Siebken conducted a photo line-up and presented it to the Colfax County resident who had purchased the stolen 2019 GMC Sierra. The victim identified Serna in the photo line-up as the male he met in the Tractor Supply parking lot, and who he had paid $24,000 for the truck.

---

[1] Facebook Marketplace is a free, built-in feature of the Facebook social media platform which allows users to discover, buy, and sell items within their local community or via nationwide shipping. Among the items sold on Facebook Marketplace are vehicles sold by private parties. Facebook Marketplace was launched in 2016, and it has grown into one of the world's largest online commerce ecosystems.

**The 2017 Toyota Tacoma**

Soon after the above-mentioned warning email was sent to all county treasurer offices in the state of Nebraska, on February 4, 2026, a Hall County resident contacted the Hall County Treasurer's Office in Grand Island about a 2017 Toyota Tacoma she was considering purchasing from a private party who had advertised the vehicle on Facebook Marketplace as a 2021 Toyota Tacoma. The prospective buyer and her husband asked the seller for a picture of the vehicle's title, and the seller sent them the photograph. Because this was going to be a cash transaction, the prospective buyer wanted to verify the title with the county treasurer before the sale. The prospective buyer contacted the Hall County Treasurer's Office and showed them the photograph of the title. The Hall County Treasurer examined the photograph and recognized the title in the photograph to be fraudulent based on the state-wide email they received that day from the Nebraska DMV Fraud Unit.

The DMV Fraud Unit was contacted about this sale as well. When the Fraud Unit investigators examined the title the purchaser of the GMC Sierra received, they compared it to the photograph of the title the buyer of the Toyota Tacoma had received. They noticed similar features on both fraudulent titles.

Law enforcement then decided to arrange a controlled purchase of the stolen Toyota Tacoma with the cooperation of the Grand Island resident. Agents and investigators arranged for the seller to bring the vehicle to a residence in Grand Island. The seller agreed to bring the vehicle to the residence at 1530 hours on February 4, 2026.

Law enforcement personnel set up surveillance around the residence prior to the Toyota Tacoma arriving at the residence. The DMV Fraud Unit explained that during these types of transactions, the seller will be followed by another car to ultimately pick the seller up after the

transaction is complete. At approximately 1430 hours, GIPD officers set up surveillance on the target residence. At approximately 1545 hours, GIPD surveillance units communicated to officers on the radio that the Toyota Tacoma had arrived and parked on the street in front of the residence. At the same time SA Goplin and SA Buckholz witnessed a Toyota Carolla bearing Texas plate WKX0640 drive past their surveillance point, which was approximately two blocks from the sale location. GIPD surveillance officers near the target residence observed the same Toyota Carolla drive past the residence where the purchase of the Toyota Tacoma was set to happen seconds prior to the Toyota Tacoma arriving. Your affiant knows this behavior is consistent with "casing" the area, or checking the area to see if police officers may be nearby before the stolen car is delivered.

   Law enforcement officers then moved in and contacted the individual and sole occupant of the Tacoma. This individual was identified as Yon J Miclos Serna ("Serna") by an expired Maryland driver's license. The Toyota Tacoma was found to have a fraudulent VIN plate in the dash of the vehicle as well as a fraudulent VIN sticker on the door jam of the vehicle. When the vehicle was searched, law enforcement also located the fraudulent Texas title for the Tacoma. Law enforcement was able to identify the true identity and VIN for the vehicle. As previously mentioned, the vehicle was advertised on Facebook Marketplace as a 2021 Toyota Tacoma, and the fraudulent title located inside the Toyota Tacoma likewise indicated it was a 2021 vehicle. Upon review of the true VIN which was ran through a law enforcement database, officers discovered the true identity of the vehicle to be a 2017 Toyota Tacoma that was reported stolen in the Dallas, Texas area. Serna was placed under arrest and transported to Grand Island Police Department by local investigators.

When the Tacoma arrived at the residence, it was followed by the same Toyota Corolla with the Texas license plate which was seen driving by the area earlier. When law enforcement officers contacted Serna in the Tacoma, other law enforcement officers stopped the Toyota Corolla near the area where the Tacoma had parked. Four individuals were contacted in the Toyota Corolla: Jesus Martinez Moulier, Jhoneymar Rivera Sosa, Giovany Gomez Aguilar (AGUILAR) and Daniel Castro Rojas. Officers searched the vehicle and found other fraudulent Texas titles, as well as equipment suspected to be used in the manufacturing of fraudulent titles. This equipment included a printer and an Ancel VIN device.[2] Officers also found a key fob for a Ford F-150. (This key fob was later found to unlock the stolen Ford F-150 discussed below.)

Law enforcement officers have access to license plate recognition (LPR) data.[3] Officers searched LPR databases for the Texas license plate number found on the Corolla. They learned the Corolla had traveled from the Texas area to Grand Island, Nebraska and York, Nebraska on January 23, 2026, and then returned back to the Texas area on January 28, 2026. The vehicle then made another trip to Grand Island, Nebraska on January 30, 2026. It is believed that due to the number of stolen vehicles recovered, AGUILAR assisted, along with his associates, in transporting the stolen vehicles from Texas to Nebraska during this trip. The Corolla was then documented via LPR data traveling eastbound on Interstate 80 in Nebraska. LPR data identified the Toyota Corolla traveling to Lincoln, Nebraska on February 04, 2026, around 1414 hours and

---

[2] An Ancel device is an automotive diagnostic tool, scanner, or service tool capable of reading and writing VINs directly into a vehicle's engine control unit.

[3] Many places across the country have installed specialized cameras which capture and record license plate information of vehicles who pass by the cameras. Many cameras are installed at fixed points, such as on poles near roadways. Other LPR cameras are installed on police patrol vehicles. The cameras will capture license plate information and store the date, time, and location of where the license plate was observed. This system has proven to be a valuable tool in many criminal investigations.

then back west bound through Aurora, Nebraska approximately one hour later. Aurora, Nebraska is approximately 25 minutes from Grand Island, NE, placing the Toyota Corolla in Grand Island, NE at 1540 hours, which is the approximate time that investigators contacted and arrested the individuals involved, including AGUILAR.

All individuals were placed into custody and transported to the Hall County Detention Center for questioning by the DMV Fraud Unit Investigators. SA Buckholz and SA Goplin believe that all individuals detained were part of the conspiracy to steal vehicles, change the VIN plates, the VIN stickers, and if possible, manipulate the vehicle's computer systems to hide the true identity of the vehicles. Those vehicles were then transported across state lines. These individuals would then utilize Facebook Marketplace to post the vehicles for sale for prices that were far under market value, and insisted on cash transactions. All four stolen vehicles in this case are connected to this group. And all of the arrested defendants are from Texas. The purpose of the short-duration trip from Texas to the Grand Island area appears to have been to sell stolen vehicles for cash.

**The 2019 Ford F-150**

On February 5, 2026, officers with the Kearney Police Department (KPD) encountered a stolen 2019 Ford F-150 pickup truck in the parking lot of the CHI Health Good Samaritan hospital at 10 E 31st Street in Kearney, Nebraska. A Kearney resident had located the vehicle for sale on Facebook Marketplace. Based on the photographs provided in the Facebook posting, the Kearney resident was familiar with the location where the vehicle had been photographed, and he went to view the vehicle prior to meeting with the seller. The Kearney resident saw the VIN

and ran a Carfax report for the vehicle online.[4] When the potential buyer reviewed the report, discrepancies were noted and law enforcement was contacted.

Prior to their arrival, police in Kearney were aware of the investigation surrounding the above-mentioned stolen vehicles, and they soon began to suspect the Ford F-150 was involved in the same scheme. KPD contacted HSI SA Korey Goplin, who was involved with the investigation of the other above-mentioned stolen vehicles. When KPD informed Siebken of what they had found, including the VIN displayed on the Ford F-150, Siebken realized the make, model, and VIN for the Ford F-150 matched the description and VIN found on a fraudulent vehicle title which had been found in the Toyota Corolla (discussed above) which was searched the day before on February 04, 2026.

KPD was able to obtain surveillance recordings covering the parking lot of the CHI Hospital. From those recordings, they provided still shots of a male who was seen on the recordings getting out of the Ford F-150. That male was then seen getting into the same Toyota Corolla which was stopped on February 4.

KPD officers were able to locate the true VIN for the Ford F-150 which was displayed on a discrete area of the vehicle. The officers ran the true VIN through a law enforcement database and discovered it too had been reported stolen from the Dallas, Texas area.

KPD officers then towed the Ford F-150 to a police impound lot. Investigator Siebken, SA Goplin, and SA Buckholz later went to the lot with the Ford F-150 key fob which was found in the Toyota Corolla when it was searched on February 4. That key fob unlocked the Ford F-

---

[4] Carfax is a company which provides comprehensive vehicle history reports which summarizes a used car's past based on its VIN. It is a tool for potential buyers and sellers to understand a vehicle's reliability, safety, and market value by compiling data from thousands of sources, including DMVs, insurance companies, police departments, and repair shops.

150, confirming the involvement of subjects arrested from the Toyota Corolla on February 4th which included AGUILAR.

**A 2021 GMC Sierra**

On February 13, 2026, SA Buckholz and SA Goplin were contacted by GIPD Sgt. Kevin Sheeks who informed agents of a black 2021 GMC Sierra that was parked in the CHI Health St. Francis hospital in Grand Island, Nebraska. Sgt. Sheeks had noted inconsistencies with the VIN number similar to the other vehicles discussed above. SA Buckholz and SA Goplin met Sgt. Sheeks and called DMV Fraud Investigator Siebken. Agents were able to locate the vehicles true VIN in a discrete location on the vehicle and were able to confirm the true identity of the vehicle. Sgt. Sheeks conducted a records check using the true VIN through a law enforcement database, discovering that it too had been reported stolen out of Dallas, Texas. SA Buckholz and SA Goplin met with DMV Fraud Investigator Siebken on February 17, 2026, in Grand Island, Nebraska. Siebken was able to unlock this GMC Sierra with a GMC key fob that was seized from the Toyota Corolla on February 4, the same vehicle in which AGUILAR was arrested from.

**Aguilar's Arrest on State Charges**

Aguilar was arrested on state charges related to this theft. The County Court Judge set a bond. Aguilar posted the bond and then went into ICE custody. Aguilar is a citizen and national of Venezuela, and he is not a citizen of the United States. When Aguilar met with a deportation officer, Aguilar expressed a desire to be deported back to Venezuela. This complaint is being brought now to make sure he can be prosecuted before being deported.

Respectfully Submitted,

*Taylor Buckholz*
Taylor Buckholz, Special Agent
Homeland Security Investigations

Presented before the Court by reliable electronic means on February 19, 2026.

*deluca*
Jacqueline M. DeLuca
United States Magistrate Judge